IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD A. MCCURDY, JR., et al.** | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 03-CV-6146** |
| **NEWPORT CONTRACTORS, INC.** | : | |

## ORDER

**AND NOW**, this _____ day of October, 2004, upon consideration of Plaintiff's Request for Default Judgment, it is **ORDERED** that the request is **GRANTED**. It is **FURTHER ORDERED** that Defendant shall pay Plaintiff the following:

1. For unpaid benefit contributions and working dues in the amount of eighteen thousand, six hundred forty-four dollars and seventy two cents ($18,644.72).

2. For interest in the amount of two thousand, one hundred forty-five dollars and fifty-one cents ($2,145.51).

3. For audit costs in the amount of three thousand, eight hundred dollars and zero cents ($3,800.00).

4. For attorneys fees and costs in the amount of three thousand, one hundred fifty-seven dollars and fifty-four cents ($3,157.54).

The total sum of judgment for Plaintiffs is therefore twenty seven thousand, seven hundred forty-seven dollars and seventy-seven cents ($27,747.77).

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**